**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Neil W. Gale, Jr. | Social Security number or ITIN   xxx–xx–1953 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Patricia H. Gale | Social Security number or ITIN   xxx–xx–9013 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **District of New Jersey**

Case number:   **15–11288–ABA**

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Neil W. Gale, Jr.                          Patricia H. Gale

1/10/20                          **By the court:** Andrew B. Altenburg Jr.
                          United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 15-11288-ABA
Neil W. Gale, Jr.                                               Chapter 13
Patricia H. Gale
          Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 1          Date Rcvd: Jan 10, 2020
                             Form ID: 3180W        Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2020.
db/jdb      +Neil W. Gale, Jr.,  Patricia H. Gale,  25 South Girard Street,  Woodbury, NJ 08096-2114
515425550   +Bank of America, N.A.,  P O Box 982284,  El Paso, TX 79998-2284
517363393    CARRINGTON MORTGAGE SERVICES, LLC.,  PO Box 3730, Anaheim, CA 92806
517363394   +CARRINGTON MORTGAGE SERVICES, LLC.,  PO Box 3730, Anaheim, CA 92806,
             CARRINGTON MORTGAGE SERVICES, LLC.,  PO Box 3730, Anaheim, CA 92803-3730
515291366   +Carrington Mortgage Service,  P.O. Box 79001,  Phoenix, AZ 85062-9001
515471731   +Cavalry SPV I, LLC,  Bass & Associates, P.C.,  3936 E. Ft. Lowell Road, Suite #200,
             Tucson, AZ 85712-1083
515291367   +Kristina G. Murtha, Esquire,  701 Market Street,  Suite 5000,  Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jan 11 2020 00:31:54  U.S. Attorney,  970 Broad St.,
             Room 502,  Rodino Federal Bldg.,  Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 11 2020 00:31:51  United States Trustee,
             Office of the United States Trustee,  1085 Raymond Blvd.,  One Newark Center,  Suite 2100,
             Newark, NJ 07102-5235
515316161    E-mail/PDF: resurgentbknotifications@resurgent.com Jan 11 2020 00:35:22  CACH, LLC,
             PO Box 10587,  Greenville, SC 29603-0587
515399088   +E-mail/Text: bankruptcy@cavps.com Jan 11 2020 00:32:22  Cavalry SPV I, LLC,
             500 Summit Lake Drive, Ste 400,  Valhalla, NY 10595-2321
515328990    EDI: DISCOVER.COM Jan 11 2020 04:58:00  Discover Bank,  Discover Products Inc,
             PO Box 3025,  New Albany, OH  43054-3025
                                                                        TOTAL: 5


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515449681   ##+Bank of America, N.A.,  Carrington Mortgage Services, LLC,
             1610 East Saint Andrew Place, Suite B150,  Santa Ana, CA 92705-4941
                                                                 TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2020 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   CARRINGTON MORTGAGE SERVICES, LLC
             dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
             bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
             summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Joshua I. Goldman    on behalf of Creditor   BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
             bkgroup@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor   BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com,
          Rebecca Ann Solarz    on behalf of Creditor   CARRINGTON MORTGAGE SERVICES, LLC
             rsolarz@kmllawgroup.com,
          Stacey L. Mullen    on behalf of Joint Debtor Patricia H. Gale slmullen@comcast.net
          Stacey L. Mullen    on behalf of Debtor Neil W. Gale, Jr. slmullen@comcast.net
                                                                        TOTAL: 9