Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

_____

Case No.:  15−11288−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Neil W. Gale, Jr.                        Patricia H. Gale
    25 South Girard Street            25 South Girard Street
    Woodbury, NJ 08096             Woodbury, NJ 08096
Social Security No.:
    xxx−xx−1953                        xxx−xx−9013
Employer's Tax I.D. No.:

_____

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>February 11, 2020</u>            <u>Andrew B. Altenburg Jr.</u>
                                    Judge, United States Bankruptcy Court